UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff(s),<br><br>v.<br><br>ANDY ARIEL SANTANA,<br><br>                    Defendant(s). | 23-CR-549 (DEH)<br><br>REVISED SCHEDULING ORDER |

DALE E. HO, United States District Judge:

      IT IS HEREBY ORDERED that the sentencing in this matter, previously scheduled for **February 16, 2024,** at **10:00 A.M.,** is RESCHEDULED for **March 1, 2024,** at **11:00 A.M.,** in **Courtroom 905** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

      SO ORDERED.

Dated: November 21, 2023
       New York, New York

                                          DALE E. HO
                                 United States District Judge