

*Law Office of*
**SAMUEL GREGORY**
*16 Court Street, Suite 3500*
*Brooklyn, New York, 11201*
*Telephone: 718-222-2992*
*Email:Sam@samgregory.com*
*www.samgregory.com*

Admitted in NY and NJ

---

**VIA ECF**

The Honorable Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

        **Re**: <u>United States v. Andy Ariel Santana</u>
           Docket # 23 Cr 549

Dear Judge Ho,

    Please be advised that I am requesting that the Court change Mr. Santana's bail conditions. Mr. Santana has been on a curfew and electronic monitoring since his arraignment on August 15, 2023. I spoke to Ms. Cosme who has been supervising Mr. Santana since his release. Ms. Cosme informed me that Mr. Santana has been compliant with the conditions of his release, and she has no objection to taking him off electronic monitoring. Mr. Santana asks that he have his bail conditions changed to release without a curfew or electronic monitoring. The Government opposes this application.

Application GRANTED. Under 18 U.S.C. § 3142(c)(1), a court "shall order" conditions of bail that are "the least restrictive" to "reasonably assure the appearance of the person as required and the safety of any other person and the community." On the record before the Court, including the views of Pretrial Services, the Court grants Defendant's application. Defendant's bail conditions shall be modified to remove conditions concerning curfew and electronic monitoring.

                              Respectfully submitted,

So Ordered.                 By:   /s/Samuel Gregory//
                                              Samuel Gregory, Esq
                                              Attorney for defendant
                                              16 Court Street, Suite 3500
                                              Brooklyn, New York 11201

                                              *Attorney for Andy Ariel Santana*

Dale E. Ho
United States District Judge
Dated: December 26, 2023
New York, New York