**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,       :
        :
        :
     - against -       :       23 Cr 549 (DEH)
        :
        :
ANDY ARIEL SANTANA       :
        :
        :
        Defendant.     :
-------------------------------------------------------------X

**DEFENDANT ANDY ARIEL SANTANA'S
ADJOURNMENT REQUEST**

Samuel Gregory, Esq
Law Office of Samuel Gregory
16 Court Street, Suite 3500
Brooklyn, New York 11201
Tel: 718-222-2992/718-360-6243
Email: Sam@samgregory.com

*Attorney for Andy Ariel Santana*

*Law Office of*
**SAMUEL GREGORY**
*16 Court Street, Suite 3500*
*Brooklyn, New York, 11201*
*Telephone: 718-222-2992*
*Email:Sam@samgregory.com*
*www.samgregory.com*

*Admitted in NY and NJ*

**VIA ECF**

Application GRANTED.

The Honorable Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Sentencing is adjourned until Friday, April 5, 2024, at 10:00 AM.
Sentencing will be held in Courtroom 905 of the Thurgood
Marshall Courthouse, 40 Foley Square, New York, NY 10007. The
Clerk of Court is respectfully directed to terminate ECF No. 20.

SO ORDERED.

**Re**: <u>United States v. Andy Ariel Santana</u>
Docket # 23 Cr 549

Dale E. Ho
U.S. District Judge
Dated: February 13, 2024
New York, New York

Dear Judge Ho,

    Please be advised that I am requesting a four-week adjournment on Mr. Santana's

sentencing date. Mr. Santana informs me that he still has several character letters that he needs to

collect. I have spoken to the AUSA Sowlati and he consents to this request.

Respectfully submitted,

By:    */s/Samuel Gregory//*
       Samuel Gregory, Esq
       Attorney for defendant
       16 Court Street, Suite 3500
       Brooklyn, New York 11201

       *Attorney for Andy Ariel Santana*

Cc: The Hon. Dale E. Ho (by ECF)
Clerk of Court (DEH) (by ECF)
Adam Sasan Sowlati for the Government (by ECF)