

**MEMO ENDORSED**

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 2, 2024

**BY ECF AND E-MAIL**

The Honorable Dale E. Ho
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *United States v. Juan LaSanta*, 23 Cr. 549 (DEH)

Dear Judge Ho:

    On March 29, 2024, the Government inadvertently filed, at ECF No. 24, the sentencing submission for an unrelated case. The Government respectfully requests that this filing be removed from the docket.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____
    Adam Sowlati
    Assistant United States Attorneys
    (212) 637-2438

Application **GRANTED**. The Clerk of Court is respectfully requested to remove ECF No. 24 from the docket and close the motion at ECF No. 26.

**SO ORDERED**.

Dale E. Ho
United States District Judge
Dated: April 2, 2024
New York, New York