UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff(s),<br><br>                v.<br><br>ANDY ARIEL SANTANA,<br><br>                    Defendant(s). | 23-CR-549 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

For reasons stated at the conference held on April 5, 2024, it is hereby **ORDERED** that the sentencing hearing is **ADJOURNED** to **December 6, 2024, at 10:30 a.m.** in **Courtroom 905** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

**IT IS FURTHER ORDERED** that Pretrial Services shall identify an appropriate outpatient mental health treatment program and an appropriate vocational training program for the Defendant.

**IT IS FURTHER ORDERED** that the Defendant's bail conditions be modified to include the following:

- Defendant must participate in medical or psychiatric treatment as directed by Pretrial Services.  The Court authorizes the release of psychological and psychiatric evaluations and reports, including the presentence investigation report, to a health care provider.

SO ORDERED.

Dated: April 9, 2024
       New York, New York

                                                                    DALE E. HO
                                                            United States District Judge